UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | NO.   4:11CV697 JMM |
| ) | |
| ) | |
| REGINALD HENDERSON ) | |

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered against said defendant in favor of plaintiff in the sum of $153,282.50 ($137,323.31 principal; $290.00 filing fees; $60.00 docket fees; and $15,609.19 interest through January 15, 2012, with interest to continue to accrue at the note rate until date of judgment and at the legal rate thereafter until paid in full) to be paid in monthly installments of $200.00, with the first installment due on the 1st day of March; and subsequent payments to be made thereafter on the 1st day of each month until judgment is satisfied in full.

If any installment shall not be paid when it becomes due and payable, then the entire unpaid balance plus all accrued interest may be declared immediately due and payable and, execution, garnishment, attachment, application of surcharge, or other process may issue in aid of the judgment hereby granted.

The defendant shall complete an annual financial statement and provide the United States with current, accurate evidence of his assets, income and expenditures (including, but limited to his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence

by the United States Attorney. The defendant's monthly installment payments may be modified on the basis of this information.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Reginald Henderson as set out above.

Honorable James M. Moody
United States District Judge

Date: 2/10/12

APPROVED:

_____  02-06-2012
Reginald Henderson                Date
Defendant

_____  2/8/12
Stacey E. McCord                  Date
Assistant United States Attorney