IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

Vs.                         CASE NO.   4:11cv00697 JMM

REGINALD HENDERSON                                                              DEFENDANT

ORDER

Counsel for the United States is directed to provide a copy of the Consent Judgment (DE #7) to the Defendant.

IT IS SO ORDERED this 10th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE